IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-41009
Summary Calendar
_____

LEE ANTHONY JOHNSON,

Plaintiff-Appellant,

versus

ANN RICHARDS, Governor of Texas, ET AL.,

Defendants,

C. RAINE ET AL.

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-cv-197
- - - - - - - - - -
April 25, 1997
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Texas prisoner Lee Anthony Johnson, No. 290961, moves this court for leave to proceed in forma pauperis (IFP) on appeal from the dismissal of his civil rights complaint. On January 15, 1997, Johnson was ordered to file an application to proceed IFP on appeal which complied with the requirements of the Prison

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Litigation Reform Act of 1995 (PLRA).  The order held Johnson's appeal in abeyance for 30 days pending payment of the $105 filing fee or submission of the required documents pursuant to the PLRA. Johnson timely responded; however, the documentation submitted by Johnson does not comply with the requirements imposed by the PLRA because he did not submit information regarding his prison trust account for the period required.  See § 1915(a), (b). Accordingly, Johnson's motion for leave to proceed IFP on appeal is DENIED, and his appeal is dismissed for want of prosecution. See 5th Cir. R. 42.3.  Should Johnson wish to reinstate his appeal, he is instructed to pay the $105 filing fee to the clerk of the district court within 30 days from the date of this order.

MOTION DENIED.  APPEAL DISMISSED.